```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
COMMODITY FUTURES TRADING
COMMISSION,
                                            ORDER
            Plaintiff,
                                       22 Civ. 10589 (NRB)
        - against –

GLEN POINT CAPITAL ADVISORS LP,
GLEN POINT CAPITAL LLP, AND
NEIL PHILLIPS,

            Defendants.

-------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, on March 1, 2023, the Government submitted a motion seeking to intervene and for a full stay of the matter, including a stay of all discovery, until the conclusion of the parallel criminal action United States v. Neil Phillips, 22 CR 138 (RA) (the "Criminal Case"); and

WHEREAS, all defendants have consented to such stay; and

WHEREAS, the Court finds that a stay is in furtherance of the interests of justice; it is hereby

**ORDERED** that the Government's motion to intervene is granted; it is further

**ORDERED** that the case is stayed in its entirety until the conclusion of the Criminal Case.

Dated:   New York, New York
         March 7, 2023

                                        _____
                                            NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE