**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

COMMODITY FUTURES TRADING COMMISSION,

*Plaintiff*,

v.

GLEN POINT CAPITAL ADVISORS LP, GLEN POINT CAPITAL LLP, and NEIL PHILLIPS

*Defendants*.

Index No. 1:22-cv-10589-NRB

**DECLARATION IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE**

I, Alexandra Conlon, declare and state as follows:

1. On January 27, 2023, I filed a Notice of Appearance (ECF No. 20) on behalf of Defendant Neil Phillips.
2. As of August 4, 2023, I will no longer be affiliated with Kaplan Hecker & Fink LLP. Therefore, and pursuant to Local Civil Rule 1.4, I respectfully request that the Court withdraw my individual appearance as counsel for Defendant Neil Phillips.
3. Defendant shall continue to be represented by the remaining counsel of record from Kaplan Hecker & Fink LLP.
4. This withdrawal will not affect this action in any way, including the posture of the case and the calendar; nor will it prejudice Plaintiff. I am not asserting a retaining or charging lien.

Dated: August 4, 2023
New York, New York

Respectfully submitted,

/s/ Alexandra Conlon
Alexandra Conlon
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Tel: (212) 763-0883
Fax: (212) 564-0883
aconlon@kaplanhecker.com

*Counsel for Defendant Neil Phillips*